CHRISTOPHER TREVOR REED MATTILA
U.S. DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY TRENTON
 UNITED STATES PLAINTIFF
  USSS
3: 20- cv- 14699- MAS- LHG REED MATTILA v. LOWER MAKEFIELD TWP. PA. POLICE DEPT. et al

## BUCKS COUNTY CORRECTIONAL CENTER {BCCC}

CORRECTIONAL MENTAL HEALTH SERVICES {CMHS}

\ NORRISTOWN STATE HOSPITAL PA. {NSH}

BUCKS COUNTY PA. COURT JUDGES - & - PROSECUTORS - MENTAL HEALTH REVIEW OFFICE

BUCKS COUNTY PA. PUBLIC DEFENDER OFFICE

MHM SERVICES / MICHAEL GRAVETTI

PA. DISCIPLINARY BOARD

LENNOR BUTLER (sp)

\ ALL DEFENDANTS KNOWN / UNKNOWN PENDING / IMPENDING

RECEIVED

DEC 17 2021

AT 8:30_____M
WILLIAM T. WALSH
CLERK



chris mattila 12 / 07 / 21   usdcnj

hi dan, please arrange for a phone meeting with lori , you and myself please asap . this is serious urgent matter

i contacted my connections and usdcnj trenton over the last few days.. and i have explained this to N.N.
there is a serious adversarial conflict of interest with the bucks co. pa. probation dept. and the mh treatment order , bucks co. pa. courts
that has to be revised and please contact the court to arrange this immediately as follows:-

1. i cannot have any supervised probation with bucks co. pa. they are affiliated with defendants ( see email attachments)\
i have been explaining this to you over time and i realize that you cannot get involved with this usdcnj trenton nj court proceedings
but you are required to inform the court system that your client is plaintiff for the us govt. and has cases / complaints against the
bucks co. pa court system and affiliates and all other defendants especially for medical malpractices and with * criminal complaints,
negligence w/ criminal complaints - harassment and retaliation  - liability etc ...

2. i have been advised that it is  ineffectual duty of counsel if you did not inform the prosecutors involved when negotiating the deal

and there is another serious problem :- bucks co. pa. court were served by usdcnj ctrm us plaintiff usss over a month ago by usps regular mail with the motions see attached CM document (269k) which are still active and pending as per my phone conversation with usdcnj court clerk office 609.989.2065 -
12 /06 /21 these are not allegations these are all factual** so bucks co. pa. knew that they could not impose any mh treatment , they were duly served as follows and is an affirmative defense issue

3. i need to file complaints in usdc nj trenton in person * against the prosecutors who made any deals with you regarding my pa. case as they have been served and i do not and nor am i required to follow up on their notification of service i need the names addresses, phone, fax of all of the DA personnel because this is retaliation and harassment by bucks co. pa. due the the fact that they have been served and they know that they have a serious medical malpractices suits against them and all other defendants known and unknown and it is not legal for them to arrange for me to have any mh treatments or anything in any probationary conditions or for that matter anything else ..this is relayed to me by us govt. constituents as of 12 / 04  - 05 - 06 * as a result i have immunity from all actions regarding these matters* quote" whoever did this with your atty. is incompetent or totally crazy" c.t.r.m. ( i cannot be ordered by any bucks co. pa. or pa. for any mental health issues for any reasons and notice again that my records are sealed by us govt. and i am officially waitng for a response as to my motions to


seal all records with all defendants known and unknown - it has been explained to me that any actions taken against me i have immunity and an affirmative defense as well) i have sustained bodily injuries of monumental proportions in the last approx. 26 months

4. the bucks co. probation dept is part of the bucks co. court system and i cannot have any contact with them either as i have mentioned to you before in all of my emails to you regarding mh treatment etc. i am going to acquire my own on my own accord as delineated*.. the bucks co. pa. probation dept. asked me to sign a release for my records here at N.N. and this is not possible nor legal for my compliance * no one in the state of pa. can have any mh records from me; and i cannot have any contact with them as explained also . i have relayed this to lori , the team here at n.n. and dr. moore is going to correct my
records from nsh as i am not bipolar , and i do not have any dual diagnosis as asked by the bucks co. pa. probation dept . on 12 / 30 / 21 the so called stimulant use disorder from my incessant complaining about my adhd meds ritalin is to be removed from my record as well . . i also have been advised that
all so called competency issues regarding bucks co. pa. and pa. dhs. would have had to immediately had to cease as of filing of my usdc nj trenton court proceedings ( i was unaware of this and this is a serious problem also*** ie. dr. lapchenko and nsh too )... bucks co. pa. is liable for all actions due to everything i told the drs. is true and i could not have been forced to do anything at nsh etc. and not



that no records may be used by bucks co. pa. nor pa. to prescribe or mandate any sanctions or court orders is a violation of federal law and is an act of harassment , retaliation and cannot be any usage for determining factors for dispensing any form of condemnations thereof.

5. i am forwarding this to usdcnj trenton and usss also federal law supersedes state.. see motions pending . some of the applicable cites are:-
 73uscs 18 , 1512 tampering   73uscs 18 ,1513 retaliation and applies to all defendants known / unknown and affiliates.

i am urgently looking forward to your response, c.t.r.m.

CHRISTOPHER TREVOR REED MATTILA
 U.S. DISTRICT COURT FOR THE DISTRICT OF NEW
JERSEY TRENTON
      UNITED STATES PLAINTIFF
              USSS
 3: 20- cv- 14699- MAS- LHG REED MATTILA v. LOWER MAKEFIELD TWP. PA. POLICE DEPT. et al

## BUCKS COUNTY CORRECTIONAL CENTER {BCCC}

 CORRECTIONAL MENTAL HEALTH SERVICES {CMHS}

\ NORRISTOWN STATE HOSPITAL PA. {NSH}

 BUCKS COUNTY PA. COURT JUDGES - & - PROSECUTORS - MENTAL HEALTH REVIEW OFFICE

 BUCKS COUNTY PA. PUBLIC DEFENDER OFFICE

 MHM SERVICES / MICHAEL GRAVETTI

 PA. DISCIPLINARY BOARD

 LENNOR BUTLER (sp)

\ ALL DEFENDANTS KNOWN / UNKNOWN PENDING / IMPENDING



chris mattila 12 / 07 / 21   usdcnj

hi dan, please arrange for a phone meeting with lori , you and myself please asap . this is serious urgent matter

i contacted my connections and usdcnj trenton over the last few days.. and i have explained this to N.N.
there is a serious adversarial conflict of interest with the bucks co. pa. probation dept. and the mh treatment order , bucks co. pa. courts
that has to be revised and please contact the court to arrange this immediately as follows:-

1. i cannot have any supervised probation with bucks co. pa. they are affiliated with defendants ( see email attachments)\
i have been explaining this to you over time and i realize that you cannot get involved with this usdcnj trenton nj court proceedings
but you are required to inform the court system that your client is plaintiff for the us govt. and has cases / complaints against the
bucks co. pa court system and affiliates and all other defendants especially for medical malpractices and with * criminal complaints,
negligence w/ criminal complaints - harassment and retaliation  - liability etc ...

2. i have been advised that it is  ineffectual duty of counsel if you did not inform the prosecutors involved when negotiating the deal



and there is another serious problem :- bucks co. pa. court were served by usdcnj ctrm us plaintiff usss over a month ago by usps regular mail with the motions see attached CM document (269k) which are still active and pending as per my phone conversation with usdcnj court clerk office 609.989.2065 -
12 /06 /21 these are not allegations these are all factual** so bucks co. pa. knew that they could not impose any mh treatment , they were duly served as follows and is an affirmative defense issue

3. i need to file complaints in usdc nj trenton in person * against the prosecutors who made any deals with you regarding my pa. case as they have been served and i do not and nor am i required to follow up on their notification of service i need the names addresses, phone, fax of all of the DA personnel because this is retaliation and harassment by bucks co. pa. due the the fact that they have been served and they know that they have a serious medical malpractices suits against them and all other defendants known and unknown and it is not legal for them to arrange for me to have any mh treatments or anything in any probationary conditions or for that matter anything else ..this is relayed to me by us govt. constituents as of 12 / 04  - 05 - 06 * as a result i have immunity from all actions regarding these matters* quote" whoever did this with your atty. is incompetent or totally crazy" c.t.r.m. ( i cannot be ordered by any bucks co. pa. or pa. for any mental health issues for any reasons and notice again that my records are sealed by us govt. and i am officially waitng for a response as to my motions to

seal all records with all defendants known and unknown - it has been explained to me that any actions taken against me i have immunity and an affirmative defense as well) i have sustained bodily injuries of monumental proportions in the last approx. 26 months

4. the bucks co. probation dept is part of the bucks co. court system and i cannot have any contact with them either as i have mentioned to you before in all of my emails to you regarding mh treatment etc. i am going to acquire my own on my own accord as delineated*.. the bucks co. pa. probation dept. asked me to sign a release for my records here at N.N. and this is not possible nor legal for my compliance * no one in the state of pa. can have any mh records from me; and i cannot have any contact with them as explained also . i have relayed this to lori , the team here at n.n. and dr. moore is going to correct my
records from nsh as i am not bipolar , and i do not have any dual diagnosis as asked by the bucks co. pa. probation dept . on 12 / 30 / 21 the so called stimulant use disorder from my incessant complaining about my adhd meds ritalin is to be removed from my record as well . . i also have been advised that all so called competency issues regarding bucks co. pa. and pa. dhs. would have had to immediately had to cease as of filing of my usdc nj trenton court proceedings ( i was unaware of this and this is a serious problem also*** ie. dr. lapchenko and nsh too )... bucks co. pa. is liable for all actions due to everything i told the drs. is true and i could not have been forced to do anything at nsh etc. and not



that no records may be used by bucks co. pa. nor pa. to prescribe or mandate any sanctions or court orders is a violation of federal law and is an act of harassment , retaliation and cannot be any usage for determining factors for dispensing any form of condemnations thereof.

5. i am forwarding this to usdcnj trenton and usss also federal law supersedes state.. see motions pending . some of the applicable cites are:-
 73uscs 18 , 1512 tampering   73uscs 18 ,1513 retaliation and applies to all defendants known / unknown and affiliates.

i am urgently looking forward to your response, c.t.r.m.

1001 Jerome Street Bldg 4E
Norristown PA 19401

To: U.S. District Court Trenton NJ
Attn: Clerk Court Office #202
402 East State Street
Trenton New Jersey
08608

